## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **James Albert Coleman**                          **Case No. 21-01076-KMS**
        **Rhonda F Coleman, Debtors**                              **Chapter 13**

### DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  **/s/ James Albert Coleman**                                              **07/15/2026**
James Albert Coleman                                                      Date

**/s/ Rhonda F Coleman**                                                     **07/15/2026**
Rhonda F Coleman                                                         Date

**/s/ Thomas C. Rollins, Jr.**                                             **07/15/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                          Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                                         Gulfport Divisional Office:
Danny L. Miller, Clerk                               Danny L. Miller, Clerk
United States Bankruptcy Court                  United States Bankruptcy Court
Thad Cochran US Courthouse                     Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                          2012 15th St, Suite 244
Jackson, MS 39201                                   Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On July 15, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES ALBERT COLEMAN
RHONDA F COLEMAN

CASE NO: 21-01076-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/15/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2026


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES ALBERT COLEMAN
RHONDA F COLEMAN

CASE NO: 21-01076-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 7/15/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-01076-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED JUL 15 12-11-24 PST 2026

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

BULLEN LAW OFFICE PLLC
PO BOX 393
NATCHEZ  MS 39121-0393

CAPIO PARTNERS  LLC
2222 TEXOMA PKWY
SHERMAN  TX 75090-2481

CAPITAL ONE BANK USA
PO BOX 30285
SALT LAKE CIT  UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPTIAL ONE BANK USA
PO BOX 30281
SALT LAKE CIT  UT 84130-0281

CAVALRY PORTFOLIO SERV
PO BOX 27288
TEMPE  AZ 85285-7288

CAVALRY SPV I  LLC AS ASSIGNEE OF CITIBANK
500 SUMMIT LAKE DRIVE  STE 400
VALHALLA  NY 10595-2321

CITIBANK
701 EAST 60TH ST N
SIOUX FALLS  SD 57104-0432

COMENITY BANKZALES
PO BOX 182120
COLUMBUS  OH 43218-2120

GENESIS BANKCARD
PO BOX 4499
BEAVERTON  OR 97076-4499

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

MEDICAL DATA SYSTEM
2001 9TH AVE
STE 312
VERO BEACH  FL 32960-6413

MEDICAL DATA SYSTEMS
2150 15TH AVE
VERO BEACH  FL 32960-3436

MEDICAL DATA SYSTEMS
PO BOX 1149
SEBRING  FL 33871-1149

MEDICAL REVENUE SERVIC
645 WALLNUT ST
STE 5
GULFPORT  MS 39501

(P)MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS TN 38187-0235

MERIT HEALTH NATCHEZ
PO BOX 1280
OAKS  PA 19456-1280

MERIT HEALTH NATCHEZ
CO PASI
PO BOX 188
BRENTWOOD  TN 37024-0188

MIRAMED REVENUE GROUP
360 E 22ND STREET
LOMBARD  IL 60148-4924

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON  MS 39225-2808

MITCHELL D BLUHM  AS
3400 TEXOMA PKWY
SUITE 100
SHERMAN  TX 75090-1905

NATCHEZ CLINIC COMPANY LLC CO PASI
PO BOX 188
BRENTWOOD  TN 37024-0188

NATCHEZ CLINIC COMPANY
PO BOX 140000
BELFAST  ME 04915

NATCHEZ HOSPITAL COMPANY  LLC
CO DAVID L MENDELSON  ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS  TN 38187-0235

NORTHSTAR ANESTHESIA
PO BOX 610506
DALLAS  TX 75261-0506

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
STE 100
NORFOLK  VA 23502-4952

PORTFOLIO RECOVERY ASS
PO BOX 12903
NORFOLK  VA 23541-0903

EXCLUDE

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD  TN 37024-0188

PROFESSIONAL ACCOUNT S
PO BOX 68
BRENTWOOD  TN 37024-0068

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND  WA  98083-0788

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

SBA SMALL BUSINESS LOA
PO BOX 7401942
ATLANTA  GA 30374-0192

SIMPSON LAW FIRM
PO BOX 1410
RIDGELAND  MS 39158-1410

SMITH ROUCHON  ASSOC
1456 ELLIS AVENUE
JACKSON  MS 39204-2204

STEVEN SCHREIBER
197 BEACON DRIVE
WEIRTON  WV 26062-4945

SYNCHRONY BANK
PO BOX 105972
ATLANTA  GA 30348-5972

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

US SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET  SUITE 320
BIRMINGHAM  AL 35203-4002

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPARTMENT OF EDUCATION
PO BOX 16448
ST PAUL  MN 55116-0448

EXCLUDE

(D)(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

EXCLUDE

(D)(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

US DEPT OF EDUCATION
PO BOX 5202
GREENVILLE  TX 75403-5202

US DEPT OF EDUCATION
CO US ATTORNEY
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

JAMES ALBERT COLEMAN
101 DOWNING RD
NATCHEZ  MS 39120-2507

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

RHONDA F COLEMAN
101 DOWNING RD
NATCHEZ  MS 39120-2507

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767