United States Bankruptcy Court
Southern District of Mississippi

In re: James Albert Coleman
Rhonda F Coleman
Debtors

Case No. 21-01076-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 4
Date Rcvd: Aug 14, 2026 Form ID: 3180W Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Albert Coleman, Rhonda F Coleman, 101 Downing Rd, Natchez, MS 39120-2507 |
| 5013415 | + | Bullen Law Office PLLC, P.O. Box 393, Natchez, MS 39121-0393 |
| 5013425 | | Medical Data Systems, 2150 15th Ave, Vero Beach, FL 32960-3436 |
| 5013426 | | Medical Revenue Servic, 645 Wallnut St, Ste 5, Gulfport, MS 39501 |
| 5013428 | + | Merit Health Natchez, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5013433 | | Natchez Clinic Company, PO Box 140000, Belfast, ME 04915 |
| 5014492 | | Natchez Hospital Company, LLC, c/o David L. Mendelson, Esq., MENDELSON LAW FIRM, PO BOX 17235, Memphis, TN 38187-0235 |
| 5013434 | + | Northstar Anesthesia, P.O. Box 610506, Dallas, TX 75261-0506 |
| 5013442 | | SBA Small Business Loa, PO Box 7401942, Atlanta, GA 30374-0192 |
| 5013445 | + | Steven Schreiber, 197 Beacon Drive, Weirton, WV 26062-4945 |
| 5013447 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, P.O. Box 1432, Natchez, MS 39121 |
| 5013449 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5013416 | + | EDI: CAPIO.COM | Aug 14 2026 23:32:00 | Capio Partners, LLC, 2222 Texoma Pkwy, Sherman, TX 75090-2481 |
| 5013417 | + | EDI: CAPITALONE.COM | Aug 14 2026 23:32:00 | Capital One Bank USA, P.O. Box 30285, Salt Lake Cit, UT 84130-0285 |
| 5023003 | + | EDI: AIS.COM | Aug 14 2026 23:32:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5013418 | + | EDI: CAPITALONE.COM | Aug 14 2026 23:32:00 | Captial One Bank USA, P.O. Box 30281, Salt Lake Cit, UT 84130-0281 |
| 5013419 | + | Email/Text: bankruptcy@cavps.com | Aug 14 2026 19:37:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 5023046 | + | Email/Text: bankruptcy@cavps.com | Aug 14 2026 19:37:00 | Cavalry SPV I, LLC as assignee of Citibank, N.A., 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5013420 | + | EDI: CITICORP | Aug 14 2026 23:32:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5013421 | + | EDI: WFNNB.COM | Aug 14 2026 23:32:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 5013422 | + | EDI: PHINGENESIS | Aug 14 2026 23:32:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5013427 | | Email/Text: cdavenport@lawmemphis.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 14 2026 19:36:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5013431 | | Email/Text: EBN@Mohela.com | Aug 14 2026 19:36:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5014493 | | Email/Text: EBN@Mohela.com | Aug 14 2026 19:36:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5013432 | | EDI: MSDOR | Aug 14 2026 23:32:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5013423 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 14 2026 19:36:00 | Medical Data System, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 5013424 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 14 2026 19:36:00 | Medical Data Systems, PO Box 1149, Sebring, FL 33871-1149 |
| 5027568 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 14 2026 19:36:00 | Merit Health Natchez, c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5013429 | + | Email/Text: mmrgbk@miramedrg.com | Aug 14 2026 19:37:00 | Miramed Revenue Group, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 5014721 | | EDI: MSDOR | Aug 14 2026 23:32:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5013430 | + | EDI: CAPIO.COM | Aug 14 2026 23:32:00 | Mitchell D Bluhm & As, 3400 Texoma Pkwy, Suite 100, Sherman, TX 75090-1905 |
| 5014634 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 14 2026 19:36:00 | NATCHEZ CLINIC COMPANY LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5013436 | | EDI: PRA.COM | Aug 14 2026 23:32:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5013435 | | EDI: PRA.COM | Aug 14 2026 23:32:00 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541 |
| 5021080 | | EDI: PRA.COM | Aug 14 2026 23:32:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5013437 | + | EDI: PRA.COM | Aug 14 2026 23:32:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5013438 | + | EDI: PRA.COM | Aug 14 2026 23:32:00 | Portfolio Recovery Ass, P.O. Box 12903, Norfolk, VA 23541-0903 |
| 5013439 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 14 2026 19:36:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5013440 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 14 2026 19:36:00 | Professional Account S, PO Box 68, Brentwood, TN 37024-0068 |
| 5022906 | | EDI: Q3G.COM | Aug 14 2026 23:32:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5019433 | | EDI: Q3G.COM | Aug 14 2026 23:32:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5013441 | + | Email/Text: ebone.woods@usdoj.gov | Aug 14 2026 19:37:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5013443 | | Email/Text: rboone@simpsonlawfirm.net | Aug 14 2026 19:37:00 | Simpson Law Firm, P.O. Box 1410, Ridgeland, MS 39158-1410 |
| 5013444 | + | Email/Text: Tracey@sra-inc.net | Aug 14 2026 19:37:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 5013446 | + | EDI: SYNC | Aug 14 2026 23:32:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5029474 | + | Email/Text: bankruptcynotices@sba.gov | Aug 14 2026 19:36:00 | U.S. Small Business Administration, 2 North 20th |

| | | | | |
|---|---|---|---|---|
| | | | | Street, Suite 320, Birmingham, AL 35203-4002 |
| 5013448 | ^ | MEBN | Aug 14 2026 19:34:24 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5041662 | | Email/Text: EDBKNotices@ecmc.org | Aug 14 2026 19:36:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5013450 | + | Email/Text: ebone.woods@usdoj.gov | Aug 14 2026 19:37:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5533512 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Rhonda F Coleman jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor James Albert Coleman jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Rhonda F Coleman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Albert Coleman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **James Albert Coleman**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–6212** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Rhonda F Coleman**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–6092** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–01076–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**James Albert Coleman**

**Rhonda F Coleman**
aka Rhonda Fay Coleman, aka Rhonda Williams Coleman

Dated: 8/14/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**