MSSB-5009-NM (Rev. 02/23)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:

________________________________ Case No.: ______________

________________________________ Chapter: ____

*Debtor(s)*

NOTICE OF MOTION FOR ENTRY OF ORDER DECLARING LIEN SATISFIED

YOU ARE HEREBY NOTIFIED that a motion has been filed requesting entry of an order declaring that your secured claim has been satisfied and the lien has been released under the term of a confirmed plan. If you do not want the Court to grant the attached motion filed on behalf of the Debtor(s), a written response must be filed with the *Clerk, U.S. Bankruptcy Court, Southern District of Mississippi* at one of the below offices:

Thad Cochran U.S. Courthouse
501 E. Court Street, Suite 2.300
Jackson, MS 39201

Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter ___ trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

DATED: _________________

CHAPTER ___ TRUSTEE

Trustee Name

Trustee Address

City State Zip Code

Signature of Attorney for Debtor(s)

Attorney Name

Address

City State Zip Code

Phone Number MS Bar Number

Email

MSSB-5009-NM (Rev. 02/23)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:

______________________________________________ Case No.: _______________

______________________________________________ Chapter: ____
*Debtor(s)*

MOTION FOR ENTRY OF ORDER DECLARING LIEN SATISFIED

Comes now the Debtor(s) in the above-captioned case and files this motion for entry of an order declaring that the secured claim described below has been satisfied and the lien has been released under the terms of a confirmed plan in accordance with Fed. R. Bankr. P. 5009(d).

Creditor/Lienholder: ______________________________________________
Description of Collateral: ______________________________________________
Recording Office: ______________________________________________
Book/Page or File No.: ______________________________________________

In support of this motion, the Debtor(s) represent(s) the following to the Court:

1. The Creditor/Lienholder named above is the holder of a claim that was secured by property of the estate subject to a lien under applicable nonbankruptcy law.
2. The secured claim has been satisfied and the lien has been released under the terms of a confirmed plan.
3. The Court has entered an Order of Discharge (Dkt. #_______ ) in the above-captioned case.
4. The Debtor(s) acknowledge(s) that this motion must be served on the above-named lienholder in the manner provided by Fed. R. Bankr. P. 7004 for service of a summons and complaint.

Therefore, Debtor(s) request(s) that the Court enter an order declaring that the secured claim described above has been satisfied and the lien has been released under the terms of a confirmed plan. Debtor(s) also request(s) authorization to present a copy of the order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

Respectfully submitted,

______________________________________________
Signature of Attorney for Debtor(s)

______________________________________________
Attorney Name

______________________________________________
Address

______________________________ ____ ____________
City State Zip Code

______________________________ ____________
Phone Number MS Bar Number

______________________________________________
Email

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: James Albert Coleman** **Case No. 21-01076-KMS**
**Rhonda F Coleman, Debtors** **Chapter 13**

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded on August 17, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

Calvary SPV I, LLC as assignee of Citibank, N.A.
500 Summit Lake Dr.
Ste. 400
Valhalla, NY 10595

By Electronic CM/ECF Notice:

Standing Chapter 13 Case Trustee
U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.