MSSB-5009-NM (Rev. 02/23)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: James Albert Coleman

Rhonda F Coleman

*Debtor(s)*

Case No.: 21-01076-KMS

Chapter: 13

NOTICE OF MOTION FOR ENTRY OF ORDER DECLARING LIEN SATISFIED

YOU ARE HEREBY NOTIFIED that a motion has been filed requesting entry of an order declaring that your secured claim has been satisfied and the lien has been released under the term of a confirmed plan. If you do not want the Court to grant the attached motion filed on behalf of the Debtor(s), a written response must be filed with the *Clerk, U.S. Bankruptcy Court, Southern District of Mississippi* at one of the below offices:

Thad Cochran U.S. Courthouse
501 E. Court Street, Suite 2.300
Jackson, MS 39201

Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

DATED: 08/17/2026

CHAPTER 13 TRUSTEE

David Rawlings
Trustee Name
PO Box 566
Trustee Address
Hattiesburg — City; MS — State; 39403 — Zip Code

/s/ Thomas C. Rollins, Jr.
Signature of Attorney for Debtor(s)
Thomas C. Rollins, Jr
Attorney Name
PO Box 13767
Address
Jackson — City; M — State; 39236 — Zip Code
6015005533 — Phone Number; 103469 — MS Bar Number
trollins@therollinsfirm.com
Email

MSSB-5009-NM (Rev. 02/23)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:

James Albert Coleman

Rhonda F Coleman

*Debtor(s)*

Case No.: 21-01076-KMS

Chapter: 13

MOTION FOR ENTRY OF ORDER DECLARING LIEN SATISFIED

Comes now the Debtor(s) in the above-captioned case and files this motion for entry of an order declaring that the secured claim described below has been satisfied and the lien has been released under the terms of a confirmed plan in accordance with Fed. R. Bankr. P. 5009(d).

| | |
|---|---|
| Creditor/Lienholder: | Cavalry SPV I, LLC as assignee of Citibank, N.A. |
| Description of Collateral: | Personal Property |
| Recording Office: | Adams County Justice Court |
| Book/Page or File No.: | Docket 80 Page 129 |

In support of this motion, the Debtor(s) represent(s) the following to the Court:

1. The Creditor/Lienholder named above is the holder of a claim that was secured by property of the estate subject to a lien under applicable nonbankruptcy law.
2. The secured claim has been satisfied and the lien has been released under the terms of a confirmed plan.
3. The Court has entered an Order of Discharge (Dkt. # 32 ) in the above-captioned case.
4. The Debtor(s) acknowledge(s) that this motion must be served on the above-named lienholder in the manner provided by Fed. R. Bankr. P. 7004 for service of a summons and complaint.

Therefore, Debtor(s) request(s) that the Court enter an order declaring that the secured claim described above has been satisfied and the lien has been released under the terms of a confirmed plan. Debtor(s) also request(s) authorization to present a copy of the order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Signature of Attorney for Debtor(s)

Thomas C. Rollins, Jr
Attorney Name

PO Box 13767
Address

Jackson | M | 39236
City | State | Zip Code

6015005533 | 103469
Phone Number | MS Bar Number

trollins@therollinsfirm.com
Email



CLOSE PRINT CLEAR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: James Albert Coleman**
**Rhonda F Coleman, Debtors**

**Case No. 21-01076-KMS**
**Chapter 13**

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion and Notice to Declare Lien Satisfied was forwarded on August 17, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

Calvary SPV I, LLC as assignee of Citibank, N.A.
500 Summit Lake Dr.
Ste. 400
Valhalla, NY 10595

By Electronic CM/ECF Notice:

Standing Chapter 13 Case Trustee
U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.