**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **James Albert Coleman**<br>**Rhonda F Coleman, Debtors** | **Case No. 21-01076-KMS**<br>**Chapter 13** |

# <u>ORDER DECLARING LIEN SATISFIED</u>

This matter is before the Court on the Motion for Entry of an Order Declaring Lien Satisfied (the "Motion") (Dkt. #34) pursuant to Fed. R. Bankr. P. 5009(d) filed on behalf of the Debtor(s) in the above-styled case. The Debtor(s) represented to the Court that all parties in interest were served with a copy of the Motion and notice, and the Motion could be granted if no objection was filed by the deadline provided in the notice. No party has timely objected to entry of an order declaring that the secured claim described below has been satisfied and the lien has been released under the terms of a confirmed plan:

| | |
|---|---|
| Creditor/Lienholder: | **<u>Cavalry SPV I, LLC as assignee of Citibank, NA</u>** |
| Description of Collateral: | **<u>Personal Property</u>** |
| Recording Office: | **<u>Adams County Justice Court</u>** |
| Book/Page or File No.: | **<u>Docket 80 Page 129</u>** |

Accordingly, it is hereby, ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.
2. The lien(s) described above are declared satisfied.
3. The Debtor is authorized to present a copy of this order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

##END OF ORDER##

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533, trollins@therollinsfirm.com