United States Bankruptcy Court
Southern District of Mississippi

In re:
James Albert Coleman
Rhonda F Coleman
Debtors

Case No. 21-01076-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Sep 29, 2026 | Form ID: pdf012 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Albert Coleman, Rhonda F Coleman, 101 Downing Rd, Natchez, MS 39120-2507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5013419 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2026 19:53:00 | Cavalry Portfolio Serv, PO Box 27288, Tempe, AZ 85285-7288 |
| 5023046 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2026 19:53:00 | Cavalry SPV I, LLC as assignee of Citibank, N.A., 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | |

| | |
|---|---|
| | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Rhonda F Coleman jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor James Albert Coleman jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor James Albert Coleman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Rhonda F Coleman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **James Albert Coleman**<br>**Rhonda F Coleman, Debtors** | **Case No. 21-01076-KMS**<br>**Chapter 13** |

**ORDER DECLARING LIEN SATISFIED**

This matter is before the Court on the Motion for Entry of an Order Declaring Lien Satisfied (the "Motion") (Dkt. #34) pursuant to Fed. R. Bankr. P. 5009(d) filed on behalf of the Debtor(s) in the above-styled case. The Debtor(s) represented to the Court that all parties in interest were served with a copy of the Motion and notice, and the Motion could be granted if no objection was filed by the deadline provided in the notice. No party has timely objected to entry of an order declaring that the secured claim described below has been satisfied and the lien has been released under the terms of a confirmed plan:

| | |
|---|---|
| Creditor/Lienholder: | **Cavalry SPV I, LLC as assignee of Citibank, NA** |
| Description of Collateral: | **Personal Property** |
| Recording Office: | **Adams County Justice Court** |
| Book/Page or File No.: | **Docket 80 Page 129** |

Accordingly, it is hereby, ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted.
2. The lien(s) described above are declared satisfied.
3. The Debtor is authorized to present a copy of this order along with a copy of the Order of Discharge to the applicable recording office for notation of satisfaction of the lien in the lien records.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767, Jackson, MS 39236
601-500-5533, trollins@therollinsfirm.com